Decided March 12, 2004

STATE OF CONNECTICUT *v.* ROBERT CAMERA

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 175 (AC 23117), is denied.

*Lauren Weisfeld*, assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided March 12, 2004

NANCY ELLIS *v.* ALLIED SNOW PLOWING, REMOVAL AND SANDING SERVICES CORPORATION ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 110 (AC 23496), is denied.

*Lorinda S. Coon*, in support of the petition.

Decided March 12, 2004